**Indictment Synopsis**

| | |
|---|---|
| **Name:** | William Angelesco |
| **Address:** (City & State Only) | Saco, ME |
| **Year of Birth and Age:** | 1971/48 years old |
| **Violations:** | Count 1: Interference with commerce by threats or violence and aiding and abetting the same, in violation of Title 18, United States Code, Sections 1951 and 2. |
| **Penalties:** | Count 1: Imprisonment of not more than twenty years (18 U.S.C. § 1951(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both.<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI; SA Tyler Delorme |
| **Detention Status:** | TBD |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Out of district warrant; defendant arrested in York County |
| **AUSA:** | David B. Joyce |

| | |
|---|---|
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |