# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF MAINE **for the**
PORTLAND
RECEIVED & FILED District of Maine

| United States of America | 2019 NOV 22 PM 3: 15 | )  |  |
|---|---|---|---|
| v. | | ) | Case No. 2:19-mj-335-JHR |
| | | ) | |
| WILLIAM ANGELESCO | | ) | |
| | DEPUTY CLERK | ) | Charging District's Case No. 19-10444 |
| *Defendant* | | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)      an identity hearing to determine whether I am the person named in the charges;

(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)      a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)      a hearing on any motion by the government for detention;

(6)      request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑      an identity hearing and production of the warrant.

☐      a preliminary hearing.

☐      a detention hearing.

☐      an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     11/22/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
David R. Beneman, Esq.
*Printed name of defendant's attorney*