# United States District Court
## District of Maine

UNITED STATES OF AMERICA

v.

WILLIAM ANGELESCO,

        Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

No. 2:19-mj-00335-JHR

It is **ORDERED** that a detention hearing in this matter is continued to Wednesday, November 27, 2019, at 10 a.m. before John H. Rich III, United States Magistrate Judge, 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: November 25, 2019.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge