UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. William Angelesco

DOCKET NO:  2:19-mj-335-JHR

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Sealed Exhibit | 11/27/19 | 11/27/19 | | 11/27/19 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |