# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name: USA v. William Angelesco<br>Case No.: 2:19-mj-335-JHR | | Proceeding Type:<br>Detention Hearing |
|---|---|---|
| Presiding Judge: John H. Rich III | Government's Attorney:<br><br>Daniel J. Perry, AUSA | Defendant's Attorney:<br><br>David R. Beneman, Esq. |
| Courtroom Deputy: Nicholas Gordon | | |
| Court Reporter: Dennis Ford | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| | X | 11/27/19 | Denise Miele |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |